NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SCHERING-PLOUGH HEALTHCARE PRODUCTS, INC. (NOW KNOWN AS MSD CONSUMER CARE, INC.),**
*Appellant,*

**v.**

**WESTERN HOLDINGS, LLC,**
*Appellee.*

---

2011-1519
(Opposition No. 91187375)

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

---

## ON MOTION

---

## ORDER

Schering-Plough Healthcare Products, Inc. (now known as MSD Consumer Care, Inc.) moves to withdraw its appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw the appeal is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

JAN 12 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Jonathan Hudis, Esq.
     David R. Parkinson, Esq.

s21

Issued As A Mandate: _____JAN 12 2012_____

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 12 2012

JAN HORBALY
CLERK